UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CARLOS MOLINA,

        Plaintiff,

-v-

ORION MULTIMEDIA, INC.,

        Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 9 MAR 2011

No. 11 Civ.1738 (LTS)

### ORDER

        WHEREAS, this action was commenced by the filing of a Complaint on March 14, 2011; and

        WHEREAS, the Court has reviewed such Complaint to ascertain the basis for assertion of subject matter jurisdiction in this Court; and

        WHEREAS, such Complaint asserts that the Court has jurisdiction based on diversity of citizenship (28 U.S.C. § 1332), but the Complain contains conflicting allegations of citizenship in paragraphs 6 and 7, fails to allege the principal place of business of the defendant corporation, and alleges that venue is properly placed in the Eastern District of New York; and

        WHEREAS, for purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business," 28 U.S.C. section 1332(c)(1); and

        WHEREAS, "'subject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power,'" E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925, 929 (2d Cir. 1998) (citation omitted), and Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action;" it is hereby

        ORDERED, that plaintiff shall, no later than **April 8, 2011**, file and serve a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject

matter jurisdiction in this Court or otherwise show cause in writing as to why this case should not be dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
March 29, 2011

LAURA TAYLOR SWAIN
United States District Judge

Molina DivJur.wpd   version 3/29/11