✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Carlos Molina, Plaintiff,

    v.

Orion Multimedia Inc., Defendant.

**APPEARANCE**

Case Number:

(ECF Case)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

Date

Signature

Print Name      Bar Number

Address

City      State      Zip Code

Phone Number      Fax Number